UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE OUTLEY, JR., | No. 2:26-cv-0687 CSK P |
| Plaintiff, | |
| v. | |
| CITY OF MODESTO, et al., | ORDER |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a motion for temporary restraining order.  (ECF Nos. 1, 2.)  In his complaint, plaintiff alleges violations of his civil rights by defendants based on plaintiff's arrest in Modesto, California.  The alleged violations took place in Stanislaus County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff has not filed a request to proceed in forma pauperis or paid the filing fee;

///

1

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Dated:  March 3, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/outl0687.22

2