UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE OUTLEY, JR.,

Plaintiff,

v.

CITY OF MODESTO, et al.,

Defendants.

No.  2:26-cv-00687-DJC-CSK (PS)

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit. *See* 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided an extension of time to submit the appropriate affidavit in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required filing fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed

/ / /

/ / /

1

In Forma Pauperis By a Prisoner.

Dated:  June 2, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, outl.0687.26